**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. __2957_____ & TITLE - IN RE: _COVID-19 Airfare Refund Litigation_____

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

See attached list.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See attached list.

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_07/02/2020_____          _____[signature]_____
          Date                                    Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _313-392-0015_          Fax No.: _313-392-0025_

Email Address: NCoulson@LDClassAction.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**PARTIES REPRESENTED:**

Plaintiff Anthony Greaves
Greaves v. Norwegian Air Shuttle ASA
USDC Eastern District of New York
Case No. 1:20- cv-02121

Plaintiff Minely Diaz
Diaz v. Spirit Airlines Inc.
USDC Southern District of Florida
Case No. 20-cv-60933

Plaintiff Martha Dumitrescu
Dumitrescu v. Compania Panamena De Aviacion, S.A.
USDC Eastern District of New York
Case No. 1:20-cv-2125

Plaintiff Martinez-Sánchez
Martinez-Sánchez v. Concesionaria Vuela Compañía De Aviación, S.A.P.I. De C.V., and Controladora Vuela Compañía De Aviación, S.A.B. De C.V. (Volaris Aviation Holding Company)
USDC Eastern District of New York
Case No. 1:20-cv-1966

Plaintiff Paula Gimello
Gimello v. American Airlines Group Inc.
USDC Eastern District of Pennsylvania
Case No. 2:20-cv-02834

Plaintiff Robert Chandler
Chandler v. Condor Flugdienst GMBH
USDC District of Oregon
Case No. 3:20-cv-00810

Plaintiff Kevin Polk
Polk v. Delta Air Lines, Inc.
USDC Northern District of Georgia Atlanta Division
Case No. 1:20-cv-02461

Plaintiffs Winifredo Herrera and Macaria Herrera
Herrera et al v. Cathay Pacific Airways LTD.
USDC Northern District of California
Case No. 3:20-cv-03019

Plaintiff Milica Milosevic

Milosevic v. Turk Hava Yollari A.O., Inc. and Turkish Airlines, Inc.
USDC Southern District of New York
Case No. 1:20-cv-03328

Plaintiff Deanna Herr
Herr v. Allegiant Air, LLC.
USDC District of Nevada
Case No. 2:20-cv-01002

Plaintiff Kathy Belanger

Belanger v. Iberia Lineas Aereas De Espana S.A. Operadora
USDC Northern District of Illinois
Case No. 1:20-cv-03087

Plaintiff Jamie Sweet and Stephanie Faust
Faust et al v. Frontier Airlines
USDC District of Colorado
Case No. 1:20-cv-1340